IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TOMMY TYSON and              )
EDDIE JEWEL TYSON,           )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:10cv927-MHT
                             )            (WO)
BANCORPSOUTH BANK, RODGER    )
L. HARRIS, and VERNICE       )
JOSEY,                       )
                             )
    Defendant.               )
```

AMENDED JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the judgment entered May 21, 2012 (doc. no. 58), is amended to read as follows:

(1) The claims of plaintiffs Tommy Tyson and Eddie Jewel Tyson against defendants Bancorpsouth Bank, Rodger L. Harris, and Vernice Josey are dismissed with prejudice.

(2) The claims of counterclaim plaintiff Bancorpsouth Bank against counterclaim defendants Tommy Tyson and

Eddie Jewel Tyson are dismissed without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 19th day of June, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**